## WESSELMAN v. STUART.

(City Court of New York, General Term. December 27, 1899.)

ACTION ON NOTES—CONSIDERATION.

    In an action on notes, plaintiff pleaded, as a consideration, a promised
    discontinuance of an action against defendant, and proved an actual set-
    tlement of the action by means of the notes. *Held* sufficient to warrant
    recovery, as the settlement practically involved a discontinuance, the
    formal order therefor not affecting the rights of the parties thereto.

Appeal from trial term.

Action by Henry B. Wesselman against William Stuart. From
a judgment for defendant, and from an order denying a new trial,
plaintiff appeals. Reversed.

Argued before FITZSIMONS, C. J., and O'DWYER and SCHUCH-
MAN, JJ.

L. A. Gould, for appellant.

Heyman Levy, for respondent.

O'DWYER, J. The defendant testified that "the plaintiff said
he would discontinue the action, and take the note in settlement of
the suit. It was agreed that this case was settled by those two
notes." It thus appears that the case was settled, and either party
might enter a formal order of discontinuance. Actual settlement
of the cause involves practically a discontinuance. An order of dis-
continuance is a mere incidental matter, which neither enlarges nor

diminishes the rights of either party, when the case has been actually settled. Comparing the defendant's plea with his evidence, he pleads a promised discontinuance as a consideration for the giving of the notes, and proves an actual settlement by means of the notes, as agreed between plaintiff and himself. Plaintiff was therefore entitled to recover herein, and it follows that the judgment and order appealed from must be reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.